8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LAWRENCE BIRKS,

11            Petitioner,                    No. CIV S-09-0643 LKK DAD P

12        vs.

13   DAVE L. RUNNELS, Warden,

14            Respondent.              ORDER

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19            On April 7, 2009, the magistrate judge filed findings and recommendations herein

20   which were served on petitioner and which contained notice to petitioner that any objections to

21   the findings and recommendations were to be filed within twenty days.  Petitioner has filed

22   objections to the findings and recommendations.

23            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 7, 2009, are adopted in full;

2. Petitioner's March 30, 2009 amended petition for writ of habeas corpus (Doc. No. 5) is dismissed without prejudice to filing a civil rights action; and

3. This action is closed.

DATED: April 24, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT